UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAHRON BLACK, on behalf of himself and all others similarly situated, | Docket No: 1:23-cv-2562 |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| -against- | |
| GREAT JONES SPA, LLC. | |
| Defendant. | |

Now comes the Plaintiff JAHRON BLACK, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Dated:    Queens, New York
            May 11, 2023

Respectfully submitted,

/s/ *Mars Khaimov*

Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
mars@khaimovlaw.com